UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 22 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

BARBARA ANN IGNONT
3276 BUFORD DR. STE.104-226
BUFORD, GEORGIA 30519
470-277-4146
barbara.ignont@mail.com

Case: 1:17-cv-00317         (F-Deck)
Assigned To : Sullivan, Emmet G.
Assign. Date : 2/22/2017
Description: Pro Se Gen. Civil

vs.

NORTHSIDE HOSPITAL
1000 JOHNSON FERRY RD., NE
ATLANTA, GA 30342

GWINNETT MEDICAL CTR.
DULUTH, GA
3620 HOWELL FERRY RD., NE
DULUTH, GA 30096

EMORY UNIVERSITY HOSPITAL
MIDTOWN
550 Peachtree St.
NE
ATLANTA, GA
30308

COMPLAINT

Plaintiff visited Northside Hospital for headache. Northside Hospital gave Plaintiff dosage thru a needle. Plaintiff informed Northside Hospital She felt fine " that she could dance", Northside Hospital then gave Plaintiff second dose thru needle, then checked plaintiff into room. Northside Hospital then insisted upon dye after learning that Northside Hospital had caused a problem. The second dosage caused a stroke In the hospital with heart heaviness and swollen legs and menstrual cycle stopped. Plaintiff's thighs were swollen and bulging as a result of the second dosage administered by Northside Hospital. The medication at Northside Hospital caused a mini stroke after the medication given in plaintiff's arm causing a firing of back to back mini strokes.

Plaintiff still has this problem to this day. Pain and suffering and leg dragging persistent to this day. 2nd Hospital was consulted and the 2nd Hospital checked behind Northside Hospital and Plaintiff was informed that a stroke had occurred.

Physicians Dr. Randy Cronic located in Duluth, Ga. And Dr. Michael Sargeant located in Chamblee, Ga were advised of the incident at Nothside Hospital.

Plaintiff visited Gwinnett Medical Center located in Duluth, Ga. For followup to incident at Northside Hospital and was informed Plaintiff had a stroke as a result and Gwinnett Medical Center staff administered Morphine after Northside Hospital caused the pain Plaintiff experienced.

Plaintiff visited Emory University Hospital at Midtown, Atlanta , Ga. For Headache in October 2012.

I Landis Speight bear witness to the following incident and hereby Truthfully states the following.

In October 2012, Plaintiff visited Emory University Hospital at Midtown for headache . Medical Staff treated Plaintiff and Plaintiff was due to be discharged on October 25, 2012. R/N Benson gave Plaintiff dosage that caused severe complications thru the needle. Plaintiff has to this day experienced setbacks due to Emory University Hospital R/N Benson's dosage and health has been depleted.  Ms. Pitts Supervisor

at Emory University Hospital @ Midtown for R/N Benson has been informed of this medical traumatic experience of the Plaintiff.

Due to the medication administered by R/N Benson caused severe setbacks for the Plaintiff to this day. Plaintiff was setback 5-6 days in Hospital dates October 26, 2012 thru October 31, 2012..

Plaintiff seeks compensatory damages for the Pain and Suffering which Plaintiff tried to stop.

Plaintiff seeks a Bench Trial.

Plaintiff seeking Court to appoint Legal Counsel.

Upon Counsel representation dollar amount for Pain and Suffering will be presented to Honorable Judge and Court.

*Barbara Ann Ignont*

BARBARA ANN  IGNONT
3276 BUFORD DR. STE.104-226
BUFORD, GA. 30519
470-277-4146
barbara.ignont@mail.com